# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SHANNON CHARLES FERGUSON** <br> **LA. DOC #214807** <br> **VS.** <br><br> **BURL CAIN, ET AL** | **CIVIL ACTION NO. 6:17-CV-26** <br><br> **SECTION P** <br><br> **JUDGE ELIZABETH E. FOOTE** <br><br> **MAGISTRATE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Shreveport, Louisiana, this 8th day of March, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE